UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PENNY M. STEWART                                              CIVIL ACTION

VERSUS                                                        NO. 11-2596

SODEXO REMOTE SITES PARTNERSHIP                               SECTION "H"(2)

### JUDGMENT

For reasons issued August 23, 2013 and filed herein (R. Doc. 81),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all of Plaintiff's claims are DISMISSED. The Court enters summary judgment in favor of Defendant, Sodexo Remote Sites Partnership.

New Orleans, Louisiana, this 26th day of April, 2013.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE